IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JTH TAX, LLC d/b/a LIBERTY TAX
SERVICE,

        Plaintiff,

    v.

MICHAEL MORRELL, MY
BUSINESS GROUP LLC, MY
SERVICES FLORIDA LLC,
ANDREW VULPIS, MY
CONSULTING LLC d/b/a MY
SERVICES, AMA ROYALTY LLC,
and K TAX LLC,

        Defendants.

Case No. 8:24-CV-00237-SDM-CPT

**DECLARATION OF JAMES L. MESSENGER, ESQ. IN SUPPORT OF
PLAINTIFF'S MOTION FOR MOTION FOR EXTENSION OF TIME TO
FILE MOTION FOR DEFAULT JUDGMENT AND PERMANENT
INJUNCTION**

I, James L. Messenger, Esq., being duly sworn, depose and state as follows:

1.     I am a partner at the law firm of Gordon Rees Scully Mansukhani LLP

("GRSM") and based in the firm's Boston office.

2.     I am lead counsel for Plaintiff JTH Tax, LLC d/b/a Liberty Tax Service

("Liberty") in the above-captioned case. I was admitted *Pro Hac Vice* in this case on

February 9, 2024. *See* ECF 28.

3.     I submit this Declaration in support of Liberty's Motion for Extension of

Time to File Motion for Default Judgment and Permanent Injunction.

4.      On September 11, 2024, Liberty served document requests and interrogatories on Defendants Andrew Vulpis and My Consulting LLC. Attached hereto as Exhibit A is a true and correct copy of the service email.

5.      On September 19, 2024, Liberty served its Rule 26 Initial Disclosures on the Non-Defaulted Defendants. Attached hereto as Exhibit B is a true and correct copy of the service email.

6.      On October 7, 2024, Liberty served Requests for Admissions on Defendant Andrew Vulpis. Attached hereto as Exhibit C is a true and correct copy of the service email.

7.      On October 24, 2024, Liberty served a Deposition Notice on Defendant Andrew Vulpis for a November 19, 2024 deposition. Attached hereto as Exhibit D is a true and correct copy of the service email.

8.      Shortly after the Clerk entered defaults on March 18, 2024, the trial team calculated the deadline to move for default judgment under Local Rule 1.1(c) to be April 22, 2024. Attached hereto as Exhibit E is a true and correct copy of a March 20, 2024 email concerning the deadline.

9.      Although I do not remember the exact details, I did not calendar the deadline to move for default judgment in this case. I did mistakenly calendar an April 22, 2024 deadline to move for default judgment in my appointment book under the name of another federal court action being handled by GRSM's Boston office (April 22, 2024 was not the deadline to move for default judgment in the other action) where the defendants had also defaulted. In that other matter, the defendants filed for

2

bankruptcy on March 26, 2024 and the entire action was stayed, so moving for default judgment became moot. In March 2024, due to a press of work, I billed more than 211 hours (I billed more than 2,300 hours for the year).

10.    I contritely apologize for this calendaring error.

11.    Also, I have confirmed with local counsel from GRSM's Miami office that the deadline was not calendared in the Miami office's calendaring system.

12.    I did not realize the inadvertent calendaring error until the Court denied the Motion for Default Judgment.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on _____\| \) 7_____, 2025


James L. Messenger, Esq.
*Counsel for Plaintiff JTH Tax LLC*
*d/b/a Liberty Tax Service*

**<u>EXHIBIT A</u>**

| | |
|---|---|
| **From:** | Brian Wall |
| **Sent:** | Wednesday, September 11, 2024 3:08 PM |
| **To:** | 'Mariah Manley' |
| **Cc:** | James Messenger; JJohnson@ByrdCampbell.com |
| **Subject:** | Liberty v. Morrell - Discovery Requests |
| **Attachments:** | Liberty v. Morrell - RFPs to Vulpis (9.11.24).pdf; Liberty v. Morrell - Ints to Vulpis (9.11.24).pdf; Liberty v. Morrell - RFPs to My Consulting (9.11.24).pdf; Liberty v. Morrell - Ints to My Consulting (9.11.24).pdf |

**Mariah,**

**Attached for service please find Document Requests and Interrogatories for Defendants Andrew Vulpis and My Consulting LLC.**

**Thank you**

---

**BRIAN J. WALL** | Partner

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

**28 State Street, Suite 1050, Boston, MA 02109**
**D: 857.504.2026**
**bwall@grsm.com**

**grsm.com**
**vCard | Bio**

**<u>EXHIBIT B</u>**

| | |
|---|---|
| **From:** | Brian Wall |
| **Sent:** | Thursday, September 19, 2024 11:53 AM |
| **To:** | Mariah Manley |
| **Cc:** | James Messenger; Peter Siachos; Tucker Byrd |
| **Subject:** | RE: Morrell Decision |
| **Attachments:** | Libety v. Morrell - Initial Disclosures (9.19.24).pdf |

Attached for service please find Liberty's Rule 26 Initial Disclosures. Thank you.

---

**From:** Brian Wall <bwall@grsm.com>
**Sent:** Thursday, September 19, 2024 10:48 AM
**To:** Mariah Manley <MManley@ByrdCampbell.com>
**Cc:** James Messenger <jmessenger@grsm.com>; Peter Siachos <psiachos@grsm.com>; Tucker Byrd <tbyrd@ByrdCampbell.com>
**Subject:** Re: Morrell Decision

Thank you. We will not serve K Tax separately.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Mariah Manley <MManley@ByrdCampbell.com>
**Sent:** Thursday, September 19, 2024 10:33:34 AM
**To:** Brian Wall <bwall@grsm.com>
**Cc:** James Messenger <jmessenger@grsm.com>; Peter Siachos <psiachos@grsm.com>; Tucker Byrd <tbyrd@ByrdCampbell.com>
**Subject:** RE: Morrell Decision

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Good morning,

We have provided a copy to Mr. Vulpis and My Consulting.

---

**From:** Brian Wall <bwall@grsm.com>
**Sent:** Thursday, September 19, 2024 8:19 AM
**To:** Mariah Manley <MManley@ByrdCampbell.com>
**Cc:** James Messenger <jmessenger@grsm.com>; Peter Siachos <psiachos@grsm.com>
**Subject:** RE: Morrell Decision

Mariah,

We would like to serve the R&R on K Tax, LLC. Mr. Vulpis and My Consulting LLC are the registered agents for K Tax LLC. Will you provide Mr. Vulpis and My Consulting LLC with a copy, or should we serve them directly?

Please let us know.

Thank you.

---

**From:** James Messenger <jmessenger@grsm.com>
**Sent:** Wednesday, September 18, 2024 3:09 PM
**To:** Mariah Manley <MManley@ByrdCampbell.com>
**Cc:** Brian Wall <bwall@grsm.com>; Peter Siachos <psiachos@grsm.com>
**Subject:** Morrell Decision

Mariah,

I am forwarding the attached Report and Recommendation in the unlikely event that you did not get ECF service.

Best,

Jim



**JAMES L. MESSENGER** | Partner

**28 State Street, Suite 1050, Boston, MA 02109**
**D: 617.902.0098 | C: 617.413.3891**
jmessenger@grsm.com

grsm.com
vCard

---

This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.

**GORDON REES SCULLY MANSUKHANI, LLP**
**YOUR 50 STATE LAW FIRM™**
http://www.grsm.com

**<u>EXHIBIT C</u>**

| | |
|---|---|
| **From:** | Brian Wall |
| **Sent:** | Monday, October 7, 2024 10:06 AM |
| **To:** | Mariah Manley |
| **Cc:** | Tucker Byrd; James Messenger |
| **Subject:** | Liberty v. Morrell - RFAs to Vulpis |
| **Attachments:** | Liberty v. Morrell - RFAs to Vulpis (10.7.24).pdf |

**Good morning Mariah,**

**Attached for service please find Liberty's first set of Requests for Admissions to Andrew Vulpis.**

**Thank you**

**BRIAN J. WALL** | Partner

**GORDON REES SCULLY MANSUKHANI | GRSM50**
**YOUR 50 STATE LAW FIRM™**

**28 State Street, Suite 1050, Boston, MA 02109**
**D: 857.504.2026**
**bwall@grsm.com**

**grsm.com**
**vCard** | **Bio**

**EXHIBIT D**

| | |
|---|---|
| **From:** | Brian Wall |
| **Sent:** | Thursday, October 24, 2024 9:58 AM |
| **To:** | Mariah Manley |
| **Cc:** | James Messenger; Barbara Gil; Rosa Micale |
| **Subject:** | RE: Liberty Tax v. Vulpis |
| **Attachments:** | Vulpis - Notice of Deposition (10.24.24).pdf |

**Good morning – Attached for service is a deposition notice for Andrew Vulpis. Thank you.**

---

**From:** James Messenger <jmessenger@grsm.com>
**Sent:** Friday, October 11, 2024 9:41 AM
**To:** Mariah Manley <MManley@ByrdCampbell.com>; Brian Wall <bwall@grsm.com>
**Cc:** Barbara Gil <Bgil@ByrdCampbell.com>; Rosa Micale <RMicale@ByrdCampbell.com>
**Subject:** Re: Liberty Tax v. Vulpis

Yes. Please give us dates for Vulpis deposition the week before and the week after Thanksgiving

Thanks.

Jim

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Mariah Manley <MManley@ByrdCampbell.com>
**Sent:** Friday, October 11, 2024 9:28:35 AM
**To:** Brian Wall <bwall@grsm.com>; James Messenger <jmessenger@grsm.com>
**Cc:** Barbara Gil <Bgil@ByrdCampbell.com>; Rosa Micale <RMicale@ByrdCampbell.com>
**Subject:** Liberty Tax v. Vulpis

**External Email: STOP! LOOK! THINK! before you engage.**
This message came from outside GRSM.

Hi gentlemen,

Would you allow us an additional two weeks to respond to your discovery requests? Our office and the courts down here have been closed because of the hurricane and we would greatly appreciate the extra time.

Thank you,

Mariah Manley, Esq.
(she/her/hers)

1



**BYRD CAMPBELL, P.A.**
180 Park Avenue North, Suite 2A
Winter Park, FL  32789
407-392-2285 Phone
407-815-2269 Direct
407-392-2286 Fax
MManley@ByrdCampbell.com

This e-mail message and all attachments transmitted with it may contain LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee.  If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited.  If you have received this message in error, please return to sender and delete this message and all copies and backups thereof.

**<u>EXHIBIT E</u>**

**Subject:**                         How long do we have to move for default judgment. It is supposed to prompt.

---

**From:** Brian Wall
**Sent:** Wednesday, March 20, 2024 5:04 PM
**To:** James Messenger <jmessenger@grsm.com>
**Subject:** RE: How long do we have to move for default judgment. It is supposed to prompt.

Under local rule 1.10, Motions for Default Judgment are due 35 days after entry of default. So the deadline is April 22.

---

> **From:** James Messenger <jmessenger@grsm.com>
> **Sent:** Wednesday, March 20, 2024 4:59 PM
> **To:** Brian Wall <bwall@grsm.com>
> **Subject:** How long do we have to move for default judgment. It is supposed to prompt.
>
>
> Sent from my Verizon, Samsung Galaxy smartphone
> Get Outlook for Android

1